AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
| v. | ) |
| JOSE VELASQUEZ | ) Case No: 11 Cr. 314-1 (PGG) |
| | ) USM No: 05786-158 |
| Date of Previous Judgment: 03/15/2012 | ) Felix Lopez Montalvo |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151 months__ months **is reduced to** __124 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33         Amended Offense Level: 31
Criminal History Category: II      Criminal History Category: II
Previous Guideline Range: 151 to 188 months   Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __03/15/2012__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/09/2020

_Paul␣Gardephe_
Judge's signature

Effective Date: 06/19/2020
(if different from order date)

Hon. Paul G. Gardephe, U.S.D.J.
Printed name and title